**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Mohamed Ahmed Hadi Alarer**, *et al.*,<br>*Plaintiff-Petitioner,*<br>v.<br>**USCIS Vermont Service Center**, *et al.*,<br>*Defendants-Respondents.* | Civil Action No.: **1:26-cv-02004-ENV**<br><br>**PLAINTIFFS-PETITIONERS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Petitioners and their counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants-Respondents.

Dated: August 13, 2026

Respectfully submitted,
*/s/ Rafael Urena*
Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Lead Counsel for Plaintiff-Petitioner*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 8/18/2026

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

*/s/ Rafael Urena*